IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

S. S. V.,

                Plaintiff(s),

   v.

GRESHAM-BARLOW SCHOOL
DISTRICT NO. 10J,

                Defendant(s).

Civil No. 03:19-v-00341-JR

**ORDER OF DISMISSAL**

IT IS ORDERED that the parties' Stipulated Motion of Dismissal [57] is GRANTED and this action is DISMISSED with prejudice and without an award of costs or attorney fees to either party. Pending motions, if any, are DENIED AS MOOT.

Dated this 6th day of June, 2022.

                                              by   /s/ Jolie A. Russo
                                                      Jolie A. Russo
                                                      United States Magistrate Judge